TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00412-CV

Texas Department of Public Safety, Appellant

v.

John Legg, Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT

NO. 89-0052, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss the appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: August 14, 1997

Do Not Publish